THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAY JONES**   **PLAINTIFF**

v.   Case No. 4:20-cv-00269-KGB

**EVERETT LITZSEY, JR.**   **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray on July 27, 2022 (Dkt. No. 40). The parties have not filed objections, and the time for filing objections has passed. After careful review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).

The Court grants defendants' motion for summary judgment (Dkt. No. 28). The Court dismisses without prejudice plaintiff Jay Jones' complaint and denies the requested relief.

It is so ordered this 29th day of August, 2022

_____
Kristine G. Baker
United States District Judge