THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAY JONES                                                                                              PLAINTIFF

v.                                    Case No. 4:20-cv-00269-KGB

EVERETT LITZSEY, JR.                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jay Jones' complaint is dismissed without prejudice.  The Court denies the requested relief.

So adjudged this 29th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge